Matter of Reeder v Martuscello
2026 NY Slip Op 03601
June 5, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

IN THE MATTER OF RYAN JAMES REEDER, PETITIONER,
v
DANIEL MARTUSCELLO, COMMISSIONER, NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, SUPERINTENDENT GERARD JONES, SERGEANT M. MANWHIR AND SERGEANT R. PHILLIPS, RESPONDENTS.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on June 5, 2026
536 TP 25-00111
Present: Whalen, P.J., Curran, Ogden, Greenwood, And Hannah, JJ.

RYAN JAMES REEDER, PETITIONER PRO SE.
LETITIA JAMES, ATTORNEY GENERAL, ALBANY (KATE H. NEPVEU OF COUNSEL), FOR RESPONDENTS.

Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Cayuga County [Jon E. Budelmann, A.J.], entered October 2, 2024) to review a determination of respondents. The determination found after a tier III hearing that petitioner violated various incarcerated individual rules.
[*1]
It is hereby ORDERED that the determination is unanimously confirmed without costs and the petition is dismissed.
Entered: June 5, 2026
Ann Dillon Flynn
Clerk of the Court